
**RECEIVED**
CHARLOTTE, N.C.
MAY 16 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

**FILED**
ASHEVILLE, N. C.
MAY 19 2005
U.S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| DAVID E. SPARKS,         )<br>                          )<br>    Plaintiff,          )<br>                          )<br>v.                        )   CIVIL NO. 1:05CV43<br>                          )<br>JO ANNE B. BARNHART,      )<br>Commissioner of Social Security, )<br>                          )<br>    Defendant.            ) | |

## CONSENT ORDER WITH REMAND
## PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g)

The United States of America has moved this Court, pursuant to sentence six of 42 U.S.C. §405(g), to remand this cause for further administrative proceedings.

On remand to the Commissioner, the Administrative Law Judge, ("ALJ") will 1) reconsider the severity of Plaintiff's impairment in light of the treating, examining and reviewing source opinions as well as the record of the subsequent allowance, and 2) obtain medical expert evidence to assist in determining his onset date pursuant to Social Security Ruling 83-20.

Pursuant to the power of this Court to remand this claim for further action under sentence six of 42 U.S.C. §405(g), and in light of the Commissioner's and Plaintiff's request to remand this action for further proceedings, this Court hereby:

**REVERSES** the Commissioner's decision under sentence six of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. No judgment shall be entered in this matter at this time.

This the 19th day of May, 2005.

_____
LACY H. THORNBURG
**UNITED STATES DISTRICT COURT JUDGE**

_____
PAUL B. TAYLOR
Assistant United States Attorney
Chief, Civil Division

_____
CHARLES E. BINDER
Counsel for Plaintiff (David E. Sparks)